UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

EVELYN J. LUND,

        Plaintiff,

v.

CAROLYN W. COLVIN,

        Defendant.

Case No. 2:13-cv-02318-APG-CWH

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

(Dkt. #18, #22, #24)

    Magistrate Judge Hoffman issued a Report and Recommendation (Dkt. #24) recommending I find the administrative law judge ("ALJ") properly considered the evidence and provided "specific, clear, and convincing reasons for finding plaintiff not fully credible." (*Id.* at 8.) Judge Hoffman thus recommends that I deny plaintiff Evelyn Lund's motion to reverse or remand and grant the defendant's cross-motion to affirm. (*Id.*) Lund did not object to Judge Hoffman's Report & Recommendation. Having reviewed the administrative record de novo, I accept Judge Hoffman's recommendations.

    IT IS THEREFORE ORDERED that the Report and Recommendation **(Dkt. #24) is accepted**, plaintiff Evelyn Lund's motion to reverse or remand **(Dkt. #18) is denied**, and defendant Carolyn W. Colvin's cross-motion to affirm **(Dkt. #22) is granted**.

    IT IS FURTHER ORDERED that the clerk of court shall enter judgment in favor of defendant Carolyn W. Colvin and against plaintiff Evelyn Lund.

    DATED this 26th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE